**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VELOCITY COMMUNICATION TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VISTANCE NETWORKS, INC. (F/K/A COMMSCOPE HOLDING COMPANY, INC.), RUCKUS WIRELESS LLC (F/K/A RUCKUS WIRELESS, INC.), AND BELDEN INC.,<br><br>Defendants. | Civil Action No. 26-944-GBW<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiff Velocity Communication Technologies, LLC ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court to extend the deadline for Defendants Vistance Networks, Inc., Ruckus Wireless LLC, and Belden Inc. (collectively "Defendants") to respond to the Complaint (D.I. 1) filed in this matter through and including September 24, 2026. The extension is necessary for Defendants to consider the allegations of the Complaint, formulate an appropriate response to the Complaint, and retain counsel.

Dated: August 18, 2026

OF COUNSEL:

Dorian S. Berger
Daniel P. Hipskind
Erin E. McCracken
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-Mail: eem@bergerhipskind.com

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (No. 4952)
Ronald P. Golden III (No. 6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Velocity Communication Technologies, LLC*

IT IS SO ORDERED this _______ day of ____________________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE